IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 310-CR-073-K |
| HAROLD MAURICIO POVEDA-ORTEGA (01) | § | |
|     a.k.a. "Conejo" | § | |
| HORLEY RENGIFO-PAREJA (02) | § | |
|     a.k.a. "Harry" | § | |
| JENNY VIVIAN HURTADO-BELTRAN (03) | § | |
| ROBERTO MARIO ANGULO-ISAZA (04) | § | |
|     a.k.a. "Carlos-Garcia Jiminez | § | |
|     a.k.a. "Costeno" | § | |
| FNU LNU    (05) | § | |
|     a.k.a. "Condor" | § | |
| FNU LNU (06) | § | |
|     a.k.a. "El Mono" | § | |
| TITO MILLER PARRA-ISAZA | § | |
|     a.k.a. "Miguel Angel" | § | |
|     a.k.a. "Juan Pablo Leyba" | § | |
| JOAQUIN ALEJANDRO SENDEROS-HIGUERA § | | |

NOTICE OF APPEARANCE OF COUNSEL

The United States of America hereby informs the Court that Trial Attorney Nicole Grosnoff of the Asset Forfeiture and Money Laundering Section, U.S. Department of Justice, is entering her appearance in the above-captioned matter.

ACCORDINGLY, the Clerk of the Court is requested to add Nicole Grosnoff as counsel of record for United States on the docket sheets.

Respectfully Submitted,

M. Kendall Day, Acting Chief
Asset Forfeiture and
  Money Laundering Section


By:     /s/
     Nicole Grosnoff
     U.S. Department of Justice
     Asset Forfeiture and Money
      Laundering Section
     1400 New York Avenue, Northwest
     Washington, DC 20530
     Phone: (202) 598-2508
     Fax: (202) 514-2255
     Nicole.grosnoff@usdoj.gov