

U.S. **Department of Justice**

Criminal Division

---

*Deputy Assistant Attorney General*     Washington, D.C. 20530

MAR 26 2015

Nicole Grosnoff
Trial Attorney
Asset Forfeiture and Money Laundering Section
Criminal Division
U.S. Department of Justice
Washington, D.C. 20005


Dear Ms. Grosnoff:

    As an attorney for the Government employed full time by the Department of Justice and assigned to the Criminal Division, you are hereby authorized and directed to file informations and to conduct in the Northern District of Texas and any other judicial district, any kind of legal proceedings, civil or criminal, including grand jury proceedings and proceedings before United States Magistrate or District Judges, which United States Attorneys are authorized to conduct.

Sincerely,

Kenneth A. Blanco
Deputy Assistant Attorney General

cc:   The Honorable John R. Parker
      U.S. Attorney, Northern District of Texas