IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>JOAQUIN ALEJANDRO SENDEROS-HIGUERA | NO.  3:10-CR-073-K |

**GOVERNMENT'S MOTION TO DISMISS THE INDICTMENT AS TO DEFENDANT JOAQUIN ALEJANDRO SENDEROS-HIGUERA**

Comes now the United States of America, by and through its undersigned attorneys, hereby moves to dismiss in the above-captioned case the indictment against Defendant Joaquin Alejandro Senderos-Higuera with prejudice. The Government has now learned that the Defendant is deceased.

                Respectfully submitted,

                Kendall Day, Acting Chief
                Asset Forfeiture and
                    Money Laundering Section

                */s/ Nicole Grosnoff*
                Mark Irish
                Nicole Grosnoff
                Trial Attorneys
                Department of Justice
                Asset Forfeiture and
                    Money Laundering section
                1400 New York Avenue, Northwest
                Washington, DC 20530
                Tel:  (202) 353-8891
                Fax: (202) 514-5522
                Email: mark.irish@crm.usdoj.gov

**CERTIFICATE OF SERVICE**

    I, Mark Irish, certify that the foregoing has been served on all attorneys of record in the above-captioned case, either via the CM/ECF electronic filing system or via email.

                            By:    */s/ Nicole Grosnoff*
                                      Mark Irish
                                      Nicole Grosnoff
                                      Trial Attorneys
                                      Department of Justice
                                      Asset Forfeiture and
                                          Money Laundering Section
                                      1400 New York Avenue, Northwest
                                      Washington, DC 20530
                                      Tel:  (202) 353-8891
                                      Fax:  (202) 514-5522
                                      Email: mark.irish@crm.usdoj.gov

Dated:  April 1, 2015