IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No.  3:10-CR-073-K (08) |
| | § | |
| JOAQUIN ALEJANDRO SENDEROS - HIGUERA, | § § | |

## ORDER OF DISMISSAL

Before the Court is the Government's Motion to Dismiss the Indictment as to Defendant Joaquin Alejandro Senderos-Higuera, filed on April 1, 2015.  The Court is of the opinion the motion has merit and it is **GRANTED**.  Accordingly, the Indictment as to Defendant Joaquin Alejandro Senderos-Higuera,  is  hereby **DISMISSED** with prejudice.

SO ORDERED.

Signed April 2nd, 2015.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE